16 A.3d 499

**Richard C. HVIZDAK, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

March 28, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of March, 2011, the order of the Commonwealth Court is AFFIRMED.